| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br>Forester, Karl S | 2. Court or Organization<br>United States District Court | 3. Date of Report<br>5/15/2004 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>Active Article III Judge | 5. ReportType (check appropriate type)<br>◯ Nomination,   Date   7/27/1988<br>◯ Initial   ⦿ Annual   ◯ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>P.O. Box 2165<br>Lexington, KY 40588 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 MAY 17 P 12: 52 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Forester, Karl S | 5/15/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Forester, Karl S | 5/15/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Forester, Karl S | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Phoenix Hollister App. Fund Class A | D | Dividend | L | T | | | | | |
| 2. Kaneb Services | A | Distribution | J | T | | | | | |
| 3. Xanser Corp. | A | Dividend | J | T | | | | | |
| 4. Wachovia Moneymart Funds (formerly Prudential) | A | Dividend | M | T | | | | | |
| 5. Duke Power Co. | A | Dividend | J | T | | | | | |
| 6. Income Fund of AM. | C | Dividend | L | T | | | | | |
| 7. Investment Co. of AM. | C | Dividend | M | T | | | | | |
| 8. Immunomedics Inc. Del. | A | Dividend | J | T | | | | | |
| 9. Webster Fin. Corp. | A | Dividend | J | T | | | | | Only partial sale last year |
| 10. Vine St. Trust Co. | A | Interest | J | T | | | | | |
| 11. Central Bank & Trust Co. | A | Interest | J | T | | | | | |
| 12. Van Kampen Focus Port Unit 251-Morgan Stanley Hi Tec 35 | A | Dividend | K | T | | | | | |
| 13. Van Kampen Focus Port Unit 264 | A | Dividend | K | T | | | | | |
| 14. Arch Coal, Inc. | B | Dividend | | | Sell | 9/29 | M | F | |
| 15. Dell Computer Corp. | | None | | | Sell | 5/7 | L | E | |
| 16. Prudential Jennison Int. Growth (now Dryden Intl Equity Fnd) | | None | K | T | | | | | |
| 17. S1 Corp. | | None | L | T | Buy | 6/10 | J | | |
| 18. WebMD Corp. | | None | J | T | Partial sale | 6/19 | K | D | |

1. Income/Gain Codes: A – $1,000 or less     B – $1,001-$2,500     C – $2,501-$5,000     D – $5,001-$15,000     E – $15,001-$50,000
   (See Columns B1 and D4)     F – $50,001-$100,000     G – $100,001-$1,000,000     H1 – $1,000,001-$5,000,000     H2 – More than $5,000,000
2. Value Codes:     J – $15,000 or less     K – $15,001-$50,000     L – $50,001-$100,000     M – $100,001-$250,000
   (See Columns C1 and D3)     N – $250,000-$500,000     O – $500,001-$1,000,000     P1 – $1,000,001-$5,000,000     P2 – $5,000,001-$25,000,000
   P3 – $25,000,001-$50,000,000     P4 – More than $50,000,000
3. Value Method Codes     Q – Appraisal     R – Cost (Real Estate Only)     S – Assessment     T – Cash/Market
   (See Column C2)     U – Book Value     V – Other     W – Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Forester, Karl S | 5/15/2004 |

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Xerox | | None | | | Sell | 10/23 | L | | |
| 20. Lucent Technologies | | None | L | T | | | | | |
| 21. Agere Syst. Inc. Class A | | None | J | T | | | | | |
| 22. Agere Syst. Inc. Class B | | None | J | T | | | | | |
| 23. Dupree Mutual Funds KY Tax-Free Income Series | D | Dividend | M | T | | | | | |
| 24. General Electric Co. | A | Dividend | K | T | | | | | |
| 25. J.P. Morgan Chase Com. | B | Dividend | K | T | | | | | |
| 26. Sun Microsystems, Inc. | | None | J | T | Buy | 5/9 | J | | |
| 27. Cisco Systems, Inc. | | None | K | T | | | | | |
| 28. CD Beal Bank Dallas TX | | None | | | Redeemed | 3/?? | K | A | |
| 29. Microsoft Corp. | | None | M | T | Buy | 10/24 | M | | |
| 30. DPL Inc. | B | Dividend | L | T | Buy | 6/20 | K | | |
| 31. | | | | | Buy | 6/26 | K | | |

1. Income-Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et: seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date  5/8/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544